1  BENJAMIN B. WAGNER
   United States Attorney
2  MIA A. GIACOMAZZI
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7

8                  IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        ) CASE NO.  1:13-CR-044 LJO
                                     )
12                     Plaintiff,    ) Joint Motion and Order to Continue
                                     ) the March 25, 2013 Change of Plea
13       v.                          ) and Sentencing to April 22, 2013
                                     )
14  EPIFANIO PANIAGUA-SOSA,          )
                                     )
15                     Defendant.    )
                                     )
16  _____)

17

18       Plaintiff United States of America, by and through Mia

19  Giacomazzi, Assistant United States Attorney, together with defendant

20  Epifanio Paniagua-Sosa, by and through his counsel Gary Huss, jointly

21  move the Court for an order to continue the Monday, March 25, 2013

22  change of plea and sentencing in the above-titled matter to Monday,

23  April 22, 2013.  Good cause exists for the continuance of this change

24  of plea and sentencing in this fast track case; to wit, the Pre-

25  Sentence Report has not been prepared and is not expected to be

26  prepared and distributed to the parties and the Court until April 10,

27  2013.  The parties agree that it would best serve the interest of

28  justice to re-schedule the change of plea and sentencing to a date

                                     1

after the Pre-Sentence Report has been made available, so that the parties and the Court have an opportunity to read and review it prior to the hearing. The parties further jointly move to exclude time under the Speedy Trial Act on the basis of good cause; to wit, that the ends of justice and defendant's need to obtain and review the PSR outweigh his and the public's interest in a speedy trial.

Dated:    March 20, 2013          /s/                              
                                  MIA A. Giacomazzi
                                  Assistant United States Attorney


Dated:    March 20, 2013          /s/                              
                                  Gary L. Huss
                                  Counsel for Defendant

**ORDER**

On the basis of good cause, this Court CONTINUES the March 25, 2013 change of plea and sentencing to Monday, April 22, 2013.  In addition, and on the basis of good cause, this Court excludes time under the Speedy Trial Act.


IT IS SO ORDERED.

   Dated:   **March 21, 2013**              **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE